IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA     PLAINTIFF
upon the relation and for the use of the
TENNESSEE VALLEY AUTHORITY

V.     CIVIL ACTION NO.: 1:09CV235-SA-JAD

19.66 ACRES OF LAND, more or less, IN
OKTIBBEHA COUNTY, MISSISSIPPI, and
BAKER AND DAVIS, LLC, ET AL     DEFENDANTS

### ORDER OF IMMEDIATE POSSESSION

Pursuant to 40 U.S.C. §§ 3114-3118 (2006) (formerly codified as 40 U.S.C. §§ 258a-258e), which authorizes the Court "to give the Government immediate possession of the [condemned] property" (United States v. Miller, 317 U.S. 369, 381, 63 S.Ct. 276, 87 L.Ed. 336 (1943)), it is hereby Ordered that the Tennessee Valley Authority, as agent of the United States of America, be put into immediate possession of the property described in the Declaration of Taking filed in this action, and that the Defendants in such action surrender possession of said property to the Tennessee Valley Authority accordingly.

SO ORDERED, this the 3rd day of February, 2010.

                                               **/s/ Sharion Aycock**
                                               **UNITED STATES DISTRICT JUDGE**